United States District Court
Southern District of Texas
**ENTERED**
July 24, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| GERARDO GIL VALDESPINO, Petitioner, | § | CIVIL ACTION NUMBER 4:26-cv-03953 |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| RANDY TATE, Respondent. | § | |

## ORDER DENYING RECONSIDERATION

A petition for writ of *habeas corpus* was previously dismissed in this action, and final judgment was entered. Dkts 7 & 8. Pending are a motion and emergency motion by Petitioner Gerardo Gil Valdespino for reconsideration. Dkts 10 & 11.

Neither motion presents any new facts or legal authority that would support reconsideration of the prior judgment. That said, the motions were filed after Petitioner should have received a standing order on *habeas* matters issued by the undersigned on July 9, 2026. Dkt 9. That order recognized the decision by the Fifth Circuit on July 2, 2026, with respect to the constitutionality of detention under §1225(b)(2)(A). See *Sosnava Rodriguez v Ortega*, 2026 WL 1906557 (5th Cir). With reference to limitations imposed by the Due Process Clause, that decision held that the Government may detain individuals under the subject statute "for ninety days but no longer without a bond hearing," and that "at the hearing, the Government must articulate an individualized justification for further detention without bond." Id at *16. On July 10, 2026, however, that decision was vacated pending rehearing *en banc*. See *Sosnava Rodriguez v Ortega*, 2026

WL 2014647 (5th Cir). This means that the panel decision is currently "of no precedential value." *Comer v Murphy Oil USA, Inc*, 718 F3d 460, 468 (5th Cir 2013).

As noted, Petitioner doesn't present any new facts or legal authority in either motion. And given the vacatur of the *Sosnava Rodriguez* panel decision, reconsideration of the prior order on dismissal isn't warranted.

The motion and emergency motion by Petitioner Gerardo Gil Valdespino for reconsideration are DENIED. Dkts 10 & 11.

Petitioner is ADVISED to follow the *en banc* proceedings of the Fifth Circuit in *Sosnava Rodriguez*. He may file another motion for reconsideration or a later petition if warranted after those proceedings conclude.

SO ORDERED.

Signed on July 24, 2026, at Houston, Texas.

Honorable Charles Eskridge
United States District Judge